**Motion Denied and Order filed August 30, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00556-CV
NO. 14-16-00578-CV
_____

## IN THE INTEREST OF A.L.H., A CHILD

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2014-00466J**

## ORDER

These are consolidated, accelerated appeals from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). The notices of appeal were filed on July 15, 2016 and July 21, 2016. Appellants have established indigence or are presumed to be indigent. *See* Tex. R. App. P. 20.1(a). The reporter's record was originally due within 10 days after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). Through extensions granted to appellants and the court reporter, the reporter's record was most recently due on August 25, 2016. When we granted the last extension, we noted that no further extensions would be granted. The record has not been filed. On August 25, 2016, Jill Bartek, the official court reporter for the 313th District Court,

filed a further motion for extension of time to file the reporter's record.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). The trial court must direct the court reporter to immediately commence the preparation of the reporter's record and must arrange for a substitute reporter, if necessary. *See* Tex. R. App. P. 28.4(b)(1).

Because the reporter's record has not been filed timely in this accelerated appeal, we issue the following order:

The motion for extension to file the reporter's record is **DENIED**. We order **Jill Bartek**, the official court reporter, to file the record in this appeal on or before **September 2, 2016**. If  Bartek does not timely file the record as ordered, the court will issue an order requiring her to appear at a hearing to show cause why the record has not been timely filed and why she should not be held in contempt of court for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM